In the Matter of FRANCIS VAIL, an Alleged Incompetent Person.

F. GILLEARD VAIL, Appellant; OPHELIA VAIL, Respondent.

*Matter of Vail*, 137 App. Div. 220, appeal dismissed.
(Argued September 26, 1910; decided October 11, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 11, 1910, which reversed an order of Special Term appointing a commission in lunacy.

*Frank E. Carstarphen* for appellant.

*De Witt Bailey* for respondent.

Appeal dismissed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ.   Absent: WILLARD BARTLETT, J.